THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PHILLIP COUSER, Appellant. (Appeal No. 2.) [3 NYS3d 685]—Appeal from a judgment of the Supreme Court, Monroe County (Francis A. Affronti, J.), rendered June 22, 2010. The judgment convicted defendant, upon his plea of guilty, of attempted murder in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Couser* ([appeal No. 1] 126 AD3d 1419 [2015]). Present—Smith, J.P., Peradotto, Lindley, Valentino and Whalen, JJ.